UNITED STATES DISTRICT COURT
For the
SOUTHERN DISTRICT OF FLORIDA

Devon A. Brown  CASE NO.
      Plaintiff,

vs.

FILED BY_____D.C.
OCT 1 3 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Napleton's West Palm Hyundai and,
Santander Consumer USA ,
      Defendants.
_____/

**PLAINTIFF'S LAWSUIT FOR COMMON LAW FRAUD UNDER FLORIDA UNFAIR PRACTICE AND DECEPTIVE PRACTICE AND PREDATORY LENDING AND FLORIDA CIVIL CONSPIRACY LAW.**

Plaintiff Devon A. Brown, Sui Juris, files his complaint against the defendants, Napleton's West Palm Hyundai and Santander Consumer USA , for Common Law Fraud under the FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES- 501 CONSUMER PROTECTION and Predatory Lending, Florida Civil Conspiracy and states the following,

**Jurisdiction**

This Court has Jurisdiction under 28 U.S. Code § 1332, controversy that exceeds $75,000, and also Diversity of Citizen.

**BACKGROUND HISTORY**

1. On or about January 13, 2020, Plaintiff had filed a previous lawsuit against "Santander Bank" Defendant "Santander Consumer USA" claimed that it is somewhat a different company from Santander Bank . Santander Consumer USA Inc. is a subsidiary of Santander Bank.

2. On or about September 15, 2020, the previous lawsuit was dismissed with prejudice against "Santander Bank". Plaintiff is now suing Santander Consumer USA Inc. (a different company).

1

3. On or about October 26, 2016, the Plaintiff went to purchase a vehicle at Napleton's West Palm Beach Hyundai, located at 2301 Okeechobee Road, West Palm Beach, FL. 33409. The Plaintiff at that point and time had very low income, he was working on and off with Uber ride sharing service and he had very bad credit. He filled out his application and had to have a co-signer which had very low income also. Plaintiff explained to the car sales man that he cannot verify his income from Uber because he was on and off with the company. The salesman told him that he could get him qualified. The Plaintiff trusted the experienced of the car salesman.

4. The Dealership, Napleton's West Palm Beach Hyundai got a finance company which was the Defendant "Santander Consumer USA" to finance Plaintiff's loan. The Defendant took advantage of Plaintiff's lack of income and gave Plaintiff an high interest loan of 16.78%. which leads to Plaintiff paying a monthly payment of $606.95 per month. This is an high interest loan that is putting Plaintiff in a position to file bankruptcy or default on the loan.

## COUNT I –FRAUD, FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICE ACT AGAINST NAPLETON'S WEST PALM HYUNDAI

5. Plaintiff brings one count against Defendant Napleton's West Palm Hyundai for Common Law Fraud and violating the Florida's Deceptive and Unfair Trade Practice Act.

6. On or about October 26, 2020 when Plaintiff went to the Defendant Napleton's West Palm Hyundai to purchase the subject vehicle loan. He was coerced into a Predatory loan. The Dealership salesman/representative (unknown at the time) had inflated Plaintiff's income to have him qualified for the subject loan. This action put him in serious imminent default which could further ruin his credit even more, and also put him under serious financial hardship. Some of the financial loan documents were never given to Plaintiff until this day after the transaction with the Defendant Napleton's Hyundai West Palm Beach . Obviously these were hidden from Plaintiff because this Defendant did not want him to see the fraud that was committed. This action puts Plaintiff in serious financial harm and emotional stress

2

## COUNT II – COMMON LAW FRAUD, PREDATORY LENDING AGAINST NAPLETON'S WEST PALM HYUNDAI

7. Plaintiff brings one count of Common Law Fraud of Predatory Lending against the Defendant Napleton's West Palm Beach Hyundai. This Defendant inflated the Plaintiff's income information in order to obtain a car loan for Plaintiff. Obviously this was totally hidden from Plaintiff at the time. Common Law Fraud Predatory lending is inflating Plaintiff's income, misrepresentation, none verification of income, giving the Plaintiff a loan knowing that he can't afford it and setting him up for default.

## COUNT III-FLORIDA CIVIL CONSPIRACY AGAINST DEFENDANT NAPLETON'S WEST PALM HYUNDAI

8. Plaintiff brings one count of Florida Civil Conspiracy against the Defendant Napleton's West Pal Hyundai. This defendant had conspired with its co-defendant to generate a predatory loan for the subject vehicle. The civil conspiracy was executed when Defendant Napleton's West Palm Hyundai had inflated Plaintiff's income, then contract it over to its co-Defendant Santander Consumer USA who will finance the subject loan. The Defendant Santander Consumer USA knew that all applicants' income must be verified to see if they qualify for a loan. In this case, the Defendant Santander Consumer USA turned a blind eye because the Wall Street Journal brought forth an article in which investigators, including the Federal Trade Commission had determined that these two Defendants have a history of one party inflating income and passing it on to the other. The quotation is below in this complaint. This action puts Plaintiff in financial hardship and emotional stress and distress.

## COUNT I –FRAUD, FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICE ACT AGAINST SANTANDER CONSUMER USA.

3

9. Plaintiff brings one count Under the Florida Deceptive and Unfair Trade Practices Act against the Defendant Santander Consumer USA. Plaintiff is seeking both monetary damages and an injunctive relief against the Defendant to halt it from collecting any more payments from Plaintiff because of its Unfair Deceptive Practice that had consummated the predatory lending that Plaintiff has been subjected to. The Plaintiff was very deceptive when it went along and generated a fraudulent contract knowing that the co-defendant West Palm Hyundai had "inflated" Plaintiff's income to start the qualification process. Plaintiff would be in trouble paying the loan and eventually will go into default and lose the subject vehicle.

10. Plaintiff was the victim of Predatory Lending, Deceptive Practices by the Company Santander Consumer USA Inc. Plaintiff was given an high interest rate loan and was told by the Finance representative who had drafted up the contract on the date of October 26, 2016 that Plaintiff could refinance within 6 months of purchasing the vehicle. When it was time to refinance, Plaintiff was told that he have a blemish on his credit. The same blemish that he had when he was given the loan .The Defendant Santander Consumer USA Inc., now states that it does not refinance new loans. This is deceptive practice. Plaintiff was fraudulently qualified without any verification of income. His payment is too high and he cannot afford this predatory loan and is on the verge of default. To avoid default. Plaintiff have to keep asking to have several months put to the back of the loan so he don't get defaulted and go into default and eventual repossession. This action puts Plaintiff in serious financial and emotional stress and hardship.

## COUNT II – COMMON LAW FRAUD, PREDATORY LENDING AGAINST SANTANDER CONSUMER USA

11. Plaintiff brings one count of Predatory lending against the Defendant Santander Consumer USA for fraudulently giving him a loan that the defendant knew the Plaintiff would eventually default on and lose the subject vehicle. Plaintiff now realize that someone fraudulently at the dealership or the finance company made up wages to qualify him, because he was not asked for

4

any income verification. Furthermore, any loan transaction requires some kinds of verification. None was ever requested of Plaintiff or his co-signer. Predatory lending is one in which the borrower is induced into a loan that they cannot pay back. The Defendant had put Plaintiff into a "no document loan;" " a loan Plaintiff cannot afford", and charging high interest rates and fees. This predatory act is deceptive in that the Defendant knew that the high interest rate will soon cause the Plaintiff to go into default so that the Defendant could repossess the car back from Plaintiff.

12. Plaintiff found out about these fraudulent, deceptive practice action that Defendants did when he started to do his own investigation into the genesis of his loan. He was told by several other bank representatives that he was the victim of suspicious predatory lending when he tried to refinance at other banks. He found these frauds out late 2019.

13. Defendant's action has caused tremendous emotional and financial stress upon Plaintiff. Defendant's action has caused Plaintiff to be struggling to come up with the high monthly payment which prevents him from having any funds to even pay rent. He is currently homeless and lives in his car or take turns sleeping at different family homes or hotels.

**COUNT III-FLORIDA CIVIL CONSPIRACY AGAINST SANTANDER CONSUMER USA**

14. Plaintiff brings one count of Florida Civil Conspiracy against the Defendant Santander Consumer USA. This is the Civil Conspiracy. In these typical loan arrangement, the co-Defendant Santander Consumer USA gives the Defendant Napleton's West Palm Hyundai full, up-front payment for Plaintiff's desired vehicle. Plaintiff is now obligated to then pay back the Defendant Santander Consumer USA in monthly installments over a set number of years. If the Plaintiff cannot keep up with the high interest rate paymeny and then default, the Defendant Santander Consumer USA will then come and repo his car. In other words, the Defendant Santander Consumer USA does not care how Plaintiff gets qualified, because the Finance

company Santander Consumer USA will not lose out in the end of these transactions, and the other Defendant the dealerhip is already paid off.

Defendant Santander Consumer USA, knew that Plaintiff's loan it accepted from co-Defendant (the dealership) were based on false financial information that inflated the income of Plaintiff's application. These two Defendants have an history of committing this kind of fraudulent act. This was even mentioned by the **"WALL STREET JOURNAL"**

**THE WALL STREET JOURNAL stated,**

15. *"The Consumer Financial Protection Bureau oversees auto lenders but not dealerships. The Federal Trade Commission last year accused dealerships in Arizona and New Mexico of making up car buyers' incomes. Attorneys general in Delaware and Massachusetts fined Santander Consumer USA Holdings Inc. in 2017 for allegedly failing to catch income fraud at dealerships, but didn't charge the dealerships."*

16. The Third District Court of Appeal in *MP, LLC v. Sterling Holding, LLC*, 2017 WL 2794218 (Fla. 3d DCA 2017) recently explained a claim for civil conspiracy:

**The elements of a claim for civil conspiracy are: "(a) an agreement between two or more parties, (b) to do an unlawful act or to do a lawful act by unlawful means, (c) the doing of some overt act in pursuance of the conspiracy, and (d) damage to plaintiff as a result of the acts done under the conspiracy."** *Raimi v. Furlong*, 702 So. 2d 1273, 1284 (Fla. 3d DCA 1997). **There is no requirement that each co-conspirator commit acts in furtherance of the conspiracy; it is sufficient if each conspirator knows of the scheme and assists in some way.** *Charles v. Fla. Foreclosure Placement Ctr., LLC*, 988 So. 2d 1157, 1160 (Fla. 3d DCA 2008).

Civil Conspiracy is met herein.

17. The Defendant Santander Consumer USA have a history of fraud, deceptive practice and predatory lending. This defendant has made several settlement over the years when they are investigated and caught by other Plaintiffs' including at least 34 State Attorney Generals.

**santander-reaches-550m-settlement-over-deceptive-auto-loan-practices-with-34-states**

and;

**Santander to pay $26m to settle subprime auto-loan case ...**
*https://www.bostonglobe.com/business/2017/03/29/santander-pay-million-settle-auto-loan...*
*"Santander will pay $26 million to settle allegations that it gave high-interest loans to car buyers it knew could not repay them, a lending tactic that helped trigger the housing market crash nearly a decade ago.*

*Santander's practice of working with car dealerships that falsified or inflated borrowers' incomes was "outrageous," said Massachusetts Attorney General Maura Healey in announcing the settlement Wednesday. The bank would then resell the loans, knowing they were unsound, to investors".*

18. The Consumer protection agencies were invented to protect we the people as consumers from abuse and unfair tactics, frauds and any kinds of deception. Obviously, this Defendant Santander Consumer USA Inc. continues to take advantage of unsuspecting consumers.

## CONCLUSION

WHEREFORE, the Plaintiff moves this Honorable Court to award the Plaintiff the relief sought herein, which includes Monetary damages and punitive damages of $150,000 per Defendant in a total of $300,000 or what this Court deems just and equitable for emotional distress, financial stress and hardship. Plaintiff also seeks an injunction to block the Defendant from continuing to enrich itself off its predatory loan which it continues to seek from Plaintiff.

## CONCLUSION

**Defendant:**
Santander Consumer USA Inc.
010 Mockingbird Lane, Suite 100,
Dallas, TX 75247
1-888-222-4227

**Plaintiff:**
Devon A. Brown
2847 Jackson Street, Apt 5
Hollywood, Fl. 33020
(954)628-2512

*/s/ Devon Brown*

10-13-2020

Napleton's West Palm Hyundai
2301 Okeechobee Boulevard
West Palm Beach, FL 33409
(561)686-7137